Dismissed and Opinion filed October 17, 2002









Dismissed and Opinion filed October 17, 2002.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00294-CV

____________

 

JOE MULLINS, INDIVIDUALLY AND D/B/A MULLINS MARINE,
AND MERCURY MARINE CORPORATION/BRUNSWICK CORPORATION, Appellants

 

V.

 

REECE MURRAY, Appellee

 



 

On
Appeal from the County Civil Court No. 2

Brazoria
County, Texas

Trial
Court Cause No. 26-233S

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed December 28, 2001.

On October 8, 2002, the parties filed a joint motion to
dismiss the appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.  

PER CURIAM

Judgment rendered and Opinion
filed October 17, 2002.

Panel consists of Justices Yates,
Anderson, and Frost. 

Do Not Publish C Tex. R. App. P. 47.3(b).